UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-7-FL-KS-1
NO. 5:24-CR-7-FL-KS-2
NO. 5:24-CR-7-FL-KS-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| SHAQUAN JOHNNY SHIPMAN | ) | |
| a/k/a "Q" | ) | |
| JESSICA FAYE SPIVEY | ) | |
| a/k/a "Jess" | ) | |
| STEVIE DARNELL CASIANO | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2021, the exact date being unknown to the Grand Jury, and continuing up to and including the date of this Indictment, in the Eastern District of North Carolina, and elsewhere, the defendants, SHAQUAN JOHNNY SHIPMAN, also known as "Q," JESSICA FAYE SPIVEY, also known as "Jess," and STEVIE DARNELL CASIANO did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute four hundred (400) grams or more of a mixture containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

1

On or about July 13, 2023, in the Eastern District of North Carolina, the defendants, SHAQUAN JOHNNY SHIPMAN, also known as "Q," JESSICA FAYE SPIVEY, also known as "Jess," and STEVIE DARNELL CASIANO, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture containing a detectable amount of fentanyl, and fifty (50) grams or more of methamphetamine, Schedule II controlled substances, and did aid and abet each other in so doing, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

Beginning in or about 2023, the exact date being unknown to the Grand Jury, and continuing up to and including on or about July 13, 2023, in the Eastern District of North Carolina, the defendants, SHAQUAN JOHNNY SHIPMAN, also known as "Q," JESSICA FAYE SPIVEY, also known as "Jess," and STEVIE DARNELL CASIANO, did knowingly and intentionally maintain a residence located at 481 Waterbury Drive in Fayetteville, North Carolina for the purpose of distributing fentanyl, a Schedule II controlled substance, and did aid and abet each other in so doing, in violation of Title 21, United States Code, Section 856 and Title 18, United States Code, Section 2

## COUNT FOUR

On or about July 13, 2023, in the Eastern District of North Carolina, the defendants, SHAQUAN JOHNNY SHIPMAN, also known as "Q," JESSICA FAYE

SPIVEY, also known as "Jess," and STEVIE DARNELL CASIANO, did knowingly possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, as alleged in Counts Two and Three of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FIVE

On or about July 13, 2023, in the Eastern District of North Carolina and at a time and place separate and apart from that alleged in Count Four of this Indictment, the defendants, SHAQUAN JOHNNY SHIPMAN, also known as "Q," and JESSICA FAYE SPIVEY, also known as "Jess," did knowingly possess a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

a) A sum of money representing the gross proceeds of the offense(s) charged herein against SHAQUAN JOHNNY SHIPMAN and JESSICA FAYE SPIVEY, in the amount of at least $4,000,000.00;

4

b) One EXCAM GT28 .25 caliber handgun bearing serial number DK28829, seized on July 13, 2023 from 481 Waterbury Drive, Fayetteville, North Carolina, and any and all associated ammunition;

c) One SKS rifle bearing serial number 10091, seized on July 13, 2023 from 481 Waterbury Drive, Fayetteville, North Carolina, and any and all associated ammunition;

d) One Remington 1911 handgun bearing serial number RHH080475, seized on July 13, 2023 from 481 Waterbury Drive, Fayetteville, North Carolina, and any and all associated ammunition;

e) One Kel-Tec .380 caliber handgun bearing serial number JYV74, seized on July 13, 2023 from 481 Waterbury Drive, Fayetteville, North Carolina, and any and all associated ammunition;

f) One Glock model 43 9mm caliber handgun bearing serial number AEWN629, seized on July 13, 2023 from 6921 St. Julian Way, Fayetteville, North Carolina, and any and all associated ammunition;

g) $28,066.00 in United States Currency, seized on July 13, 2023 from 6921 St. Julian Way, Fayetteville, North Carolina; and

h) $2,580.00 in United States Currency, seized on July 13, 2023 from a vehicle operated by SHAQUAN JOHNNY SHIPMAN.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond

the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 3 Jan 2024

MICHAEL F. EASLEY, JR.
United States Attorney

BY: CAROLINE L. WEBB
Assistant United States Attorney

6